

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00172-CR

Alphonso **BOUTIRE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR7766
Honorable Stephanie R. Boyd, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, appellate counsel's motion to withdraw is GRANTED, and this appeal is DISMISSED.

SIGNED July 20, 2022.

_____
Patricia O. Alvarez, Justice